| | |
|---|---|
| `Paul J. O'Rourke, Jr. # 143951<br>Brandon M. Fish, # 203880<br>McCormick, Barstow, Sheppard<br>Wayte & Carruth LLP<br>P.O. Box 28912<br>5 River Park Place East<br>Fresno, CA  93720-1501<br>Telephone:    (559) 433-1300<br>Facsimile:      (559) 433-2300 | (SPACE BELOW FOR FILING STAMP ONLY) |

Attorneys for Plaintiff
ALLSTATE CASUALTY INSURANCE COMPANY,
an Illinois Corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT

| | |
|---|---|
| ALLSTATE CASUALTY INSURANCE COMPANY, an Illinois Corporation,<br><br>Plaintiff,<br><br>v.<br><br>JOSHUA JORGENSEN and DOLORES KING as Administrator of the Estate of NEIL TED KING, JR.,<br><br>Defendant. | Case No.  2:05-CV-1910-MCE-DAD<br><br>**STIPULATION RE VOLUNTARY DISMISSAL [FRCP 41(a)(1)]** |

IT IS HEREBY STIPULATED by and between plaintiff, ALLSTATE CASUALTY INSURANCE COMPANY, and defendants, JOSHUA JORGENSEN and DOLORES KING as Administrator of the Estate of NEIL TED KING, JR., that Case No. 2:05-CV-01910-MCE-DAD, may be dismissed with prejudice pursuant to the provisions of Federal Rule of Civil Procedure 41(a)(1).

IT IS FURTHER STIPULATED that the Court may retain jurisdiction over this action and the parties thereto, to the extent necessary to enforce full performance of the terms and conditions of the Settlement Agreement entered into contemporaneous herewith.

This Stipulation may be executed in several identical counterparts, each of which shall be deemed an original and which together shall, when executed by or on behalf of all parties hereto, constitute a single Stipulation for all purposes.

PDF created with pdfFactory trial version www.pdffactory.com

1  A facsimile of the signature by or on behalf of any party hereto shall be deemed to be an equivalent to the original thereof for all purposes; provided, however, that if the original of such signature is required for purposes of filing this document with the Court or for other good reason, it shall be promptly produced.

Dated: March __, 2006

McCORMICK, BARSTOW, SHEPPARD
WAYTE & CARRUTH LLP

By: /s/
Paul J. O'Rourke, Jr.
Brandon M. Fish
Attorneys for Plaintiff
ALLSTATE CASUALTY INSURANCE
COMPANY, an Illinois Corporation

Dated: March __, 2006

/s/
Patrick Waltz
Attorney for JOSHUA JORGENSEN

Dated: March __, 2006

/s/
Charles Pacheco
Attorney for DOLORES KING, as
Administrator of the Estate of NEIL TED
KING, JR.

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

The Court, having reviewed the Stipulation of the Parties and the attached Settlement Agreement and finding good cause, hereby Orders as follows:

That Case No. 2:05-CV-01910-MCE-DAD entitled *Allstate v. Jorgensen, et al.* be dismissed with prejudice. FURTHER, that the Court will retain jurisdiction over the matter between the parties to enforce the Settlement Agreement entered into by the parties to this Stipulation.

IT IS HEREBY ORDERED.

Dated: March 21, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

MCCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

3

PDF created with pdfFactory trial version www.pdffactory.com